In the Matter of the Claim of FREDERICK FINKELDAY, Respondent, against HENRY HEIDE, INCORPORATED, et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Workmen's Compensation Law — workman, infected with syphilis, injured in course of employment and shortly after developed general paresis entitled to award where it appears that latter disease was accelerated by the accident.*

*Finkelday* v. *Heide, Inc.*, 193 App. Div. 338, affirmed.

(Argued January 11, 1921; decided January 25, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 10, 1920, affirming an award of the state industrial commission made under the Workmen's Compensation Law. Claimant in the course of his employment sustained a fracture of his left wrist. At the time of the accident he was infected with syphilis and shortly thereafter he developed general paresis. There was testimony to the effect that the latter disease is a development of the former and that the injury claimant received might be an activating factor in its development earlier than otherwise. Defendants contended that the award should be modified so as to eliminate compensation for the disease of paresis.

*Joseph F. Murray, Irving W. Young, Jr.,* and *Robert M. McCormick* for appellants.

*Charles D. Newton, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.